[This opinion has been published in *Ohio Official Reports* at 77 Ohio St.3d 374.]

IN RE NORRIS CHILDREN.

[Cite as *In re Norris Children*, 1997-Ohio-30.]

*Juvenile court—Passing of statutory time period pursuant to R.C. 2151.353(F) does not divest juvenile court of jurisdiction to enter dispositional order.*

(Nos. 95-1788 and 96-1410--Submitted January 8, 1997--Decided January 29, 1997.)

APPEAL from and CERTIFIED by the Court of Appeals for Stark County, No. 1994CA00149.

————————————

*Paula M. Sawyers*, for appellant Stark County Department of Human Services.

————————————

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for further proceedings on the authority of *In re Young Children* (1996), 76 Ohio St.3d 632, 669 N.E.2d 1140.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and COOK, JJ., concur in part and dissent in part.

————————————

**COOK, J., concurring in part and dissenting in part.**

{¶ 2} For the same reasons that I expressed in *In re Young Children* (1996), 76 Ohio St.3d 632, 640, 669 N.E.2d 1140, 1146, I concur in part and dissent in part. I would reverse the judgment of the appellate court and remand the case for completion of the permanent custody hearing.

DOUGLAS, J., concurs in the foregoing opinion.

————————————